1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SALEH OBAID, et al., | Case No. 1:21-CV-01689-JLT-SKO |
| Plaintiffs, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |
| v. | (Doc. 16) |
| ANTONY BLINKEN, et al., | |
| Defendants. | |

The Defendant respectfully request a second extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is May 8, 2022. The parties further request that all other filing deadlines be similarly extended, and the currently scheduled initial scheduling conference, set for May 12, 2022, be vacated and reset.

1

Respectfully submitted,

Dated: April 8, 2022                                              PHILLIP A. TALBERT
                                                                 United States Attorney


                                                         By:  /s/ ELLIOT C. WONG
                                                              ELLIOT C. WONG
                                                              Assistant United States Attorney



                                                              /s/ JULIE ANN GOLDBERG
                                                              JULIE ANN GOLDBERG
                                                              Counsel for Plaintiffs

## **ORDER**

The Court is in receipt of the parties' Stipulation for Second Extension of Time (the "Stipulation"). (Doc. 16.)  Pursuant to the Court's order granting the parties' Stipulation for First Extension of Time, Defendants' response to the Complaint was due on April 8, 2022 (*see* Doc. 15), the same day on which the parties filed the present second stipulation for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules").  Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor."  The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4).  However, given the fact that Plaintiffs consent to the request (*see* Doc. 16), the Court GRANTS Defendants' requested extension.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendants to file an answer or other dispositive pleading is extended to May 9, 2022.[1]  The initial Scheduling Conference, currently set for May 12, 2022, is CONTINUED to June 7, 2022, at 9:45 a.m. in Courtroom 7 (SKO) before Magistrate

---

[1] The parties' requested date of May 8, 2022, falls on a Sunday.

2

Judge Sheila K. Oberto. The parties shall file their joint scheduling report at least seven days before the conference.

IT IS SO ORDERED.

Dated: **April 11, 2022**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE