PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SALEH OBAID, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, ET AL.,<br><br>Defendants. | CASE NO. 1:21-CV-01689-JLT-SKO<br><br>STIPULATION AND ORDER TEMPORARILY STAYING CASE AND VACATING SCHEDULING CONFERENCE<br><br>(Doc. 18) |

The Defendants respectfully request to hold this case in temporary abeyance through July 29, 2022, and counsel for Plaintiffs does not oppose.

In their complaint, Plaintiffs sought review of a decision of U.S. Citizenship and Immigration Services (USCIS) that revoked a Form I-130, Petition for Alien Relatives. Thereafter, USCIS voluntarily reopened the adjudication and, on February 17, 2022, approved the petition. The non-citizen Plaintiffs are currently scheduled for a consular interview on their visa applications on July 17, 2022.

Defendants contend that USCIS's February 17, 2022, decision moots this case. Plaintiffs have agreed to consider a stipulated dismissal after the completion of the July 17, 2022, consular interview. The parties therefore stipulate that this matter be held in temporary abeyance through July 29, 2022. The parties further request that all other filing deadlines be similarly vacated, and the currently scheduled initial scheduling conference, set for June 7, 2022, be vacated and reset.

1

Respectfully submitted,

Dated:  May 9, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ JULIE ANN GOLDBERG
JULIE ANN GOLDBERG
Counsel for Plaintiffs

ORDER

Pursuant to the foregoing stipulation of the parties (Doc. 18), and for good cause shown, this case is temporarily STAYED until July 29, 2022, to permit the consular interview on Plaintiffs' visa applications to take place.  The Scheduling Conference, currently set for June 7, 2022, is hereby VACATED.

**By no later than August 3, 2022**, the parties shall file a joint statement apprising the Court of the status of the case, at which point the Scheduling Conference will be re-set, if appropriate.

IT IS SO ORDERED.

Dated:  **May 9, 2022**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

2