PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MOHAMMED SALEH OBAID, ET AL., | CASE NO. 1:21-CV-01689-JLT-SKO |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE |
| v. | |
| ANTONY BLINKEN, ET AL., | |
| Defendants. | |

The parties jointly request that the Court further modify the briefing schedule of Defendant's pending motion to dismiss (ECF 28), as follows:

Plaintiffs' response or opposition due on or before January 3, 2023

Defendants' reply due on or before January 13, 2023

///
///
///
///
///
///
///

1

Respectfully submitted,

Dated: May 9, 2022                                     PHILLIP A. TALBERT
                                                      United States Attorney

                                                By:   /s/ ELLIOT C. WONG
                                                      ELLIOT C. WONG
                                                      Assistant United States Attorney


                                                      /s/ JULIE ANN GOLDBERG
                                                      JULIE ANN GOLDBERG
                                                      Counsel for Plaintiffs


[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:  **November 4, 2022**                          _____
                                                      UNITED STATES DISTRICT JUDGE